PER CURIAM: *
The conviction of Daniel Gonzalez-Garcia for unlawfully transporting illegal aliens is appealed only to contest the deni *828 al of his motion to suppress evidence obtained from stopping his vehicle. The only-question briefed is whether the stop violated the Fourth Amendment.
The parties know well the law and the testimony of the Border Patrol agent, which we have now studied and need not repeat. We look at all of the circumstances and whether they will support a reasonable suspicion of criminal activity.
The evidence supports a finding of reasonable suspicion. The vehicle was stopped in an area extremely notorious for alien smuggling. It was not local and somewhat out of place for 7:30 a.m. on a Saturday morning. The agent had over fourteen years’ experience as a border patrol agent, handled between 20 to 25 alien smuggling cases each year, and estimated that ninety percent of the vehicle stops he made involved a violation. The defendant behaved abnormally by avoiding looking over at the agent as the agent drove alongside him for a mile or two. We agree with the ruling of the able district judge. Although the dissent cursorily recognizes that many of the relevant factors support reasonable suspicion, it fails to afford them due weight.
Defendant stipulated to the truth that he knew he was transporting illegal aliens.
AFFIRMED.

 Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.